IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTOPHER RIDER,

        Plaintiff,        CV F 07 1861 OWW WMW PC

   vs.                        ORDER RE MOTIONS (DOC 9, 10)

JAMES YATERS, et al.,

        Defendants.

     Plaintiff has filed a motion for default judgment and a motion titled as a motion for a writ of mandate. Both motions seek the entry of default judgment. No defendant has been served in this action, and no declaration in support of default judgment has been filed. Absent proper proof of service of process, no default shall be entered.

     Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for default judgment and motion for writ of mandate are denied.

IT IS SO ORDERED.

**Dated:   June 19, 2008**                 **/s/  William M. Wunderlich**
                                                   UNITED STATES MAGISTRATE JUDGE