IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER S. RIDER,<br><br>    Plaintiff,<br><br>    vs.<br><br>JAMES YATES, et al.,<br><br>    Defendants.<br>_____/ | 1:07-cv-01861-GSA-(PC)<br><br>ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION FOR EXTENSION OF TIME TO FILE A BELATED MOTION TO DISMISS PLAINTIFF'S COMPLAINT<br><br>(Motion#30) |

On November 17, 2010, defendants filed an ex parte application for extension of time to file a belated motion to dismiss plaintiff's complaint. On November 19, 2010, defendants filed a motion to dismiss.

Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that defendants' motion for extension of time is GRANTED, and the motion to dismiss filed on November 19, 2010, is deemed timely filed.

IT IS SO ORDERED.

Dated:   **November 23, 2010**           /s/ **Gary S. Austin**
                                    UNITED STATES MAGISTRATE JUDGE