IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER S. RIDER,<br><br>            Plaintiff,<br><br>     v.<br><br>A. SANTOS, et al.,<br><br>            Defendants. | NO. 1:07-cv-01861 LJO GSA PC<br><br>ORDER DISMISSING ACTION FOR PLAINTIFF'S FAILURE TO PAY FILING FEE |

    Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action.

    Plaintiff, an inmate in the custody of the California Department of Corrections and Rehabilitation (CDCR) at Salinas Valley State Prison, brings this action against Defendants Santos, Herrera and McBride, employees of the CDCR at Pleasant Valley State Prison (PVSP), where the events at issue in this lawsuit occurred. Plaintiff claims the Defendants prevented him from the free exercise of his religious beliefs in violation of the First Amendment ant the Religious Land Use and Institutionalized Persons Act, 42 U.S.C. § 2000cc-1 (RLUIPA).

    Defendants sought, and the Court granted, revocation of Plaintiff's in forma pauperis status pursuant to 28 U.S.C. § 1915(g). Plaintiff was barred from proceeding in forma pauperis because he had three prior actions dismissed on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief could be granted.

1    The facts alleged in this case failed to satisfy the exception set out in § 1915(g).
2 Accordingly, on March 15, 2011, the Magistrate Judge recommended that Plaintiff's in forma
3 pauperis status be revoked pursuant to 28 U.S.C. § 1915(g), and Plaintiff be directed to submit
4 the filing fee for this action.  On April 19, 2011, the District Court adopted the findings and
5 recommendations, and ordered Plaintiff to submit the $350.00 filing fee, in full, within thirty
6 days.  Plaintiff was specifically cautioned that his failure to do so would result in dismissal of
7 this action pursuant to Local Rule 110.  The thirty day period has passed, and Plaintiff has not
8 submitted the filing fee.

9    Accordingly, IT IS HEREBY ORDERED that this action is dismissed, without prejudice,
10 pursuant to Local Rule 110 for Plaintiff's failure to prosecute.  The Clerk is directed to close this
11 case.

12 IT IS SO ORDERED.

13 **Dated:   May 23, 2011**                          **/s/ Lawrence J. O'Neill**
                                                     UNITED STATES DISTRICT JUDGE

2